AGR: USAO 2010R00898

PJM 11 CR 0534

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 SEP 27  A 9:51

CLERK'S OFFICE
AT GREENBELT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. |
| | * | |
| LESLIE CHARLES WAFFEN, | * | (Theft of United States Property, |
| | * | 18 U.S.C. § 641; Forfeiture, 18 U.S.C. |
| Defendant | * | § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

Between on or about August 2, 2001 and continuing through on or about October 26, 2010, in the District of Maryland and elsewhere, the defendant,

**LESLIE CHARLES WAFFEN,**

did embezzle, steal, purloin, and knowingly convert to his use and the use of another, and without authority, convey and dispose of things of value of the United States and an agency thereof, of a value in excess of $1,000, in the form of sound recording items and related materials, which said property had come into the possession and under the care of defendant **LESLIE CHARLES WAFFEN**, by virtue of his employment as an employee of the National Archives and Records Administration, an agency of the United States government.

18 U.S.C. § 641

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense set forth in Count One of this Information, the defendant,

**LESLIE CHARLES WAFFEN,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

    a. 955 sound recording items seized from the Defendant's residence on October 26, 2010.

2.  If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)

                                                                                                       *Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

Date: 9/26/11