## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PJM-11-534** |
| | * | |
| **LESLIE CHARLES WAFFEN** | * | |
| | * | |
| **Defendants** | * | |
| | ******* | |

## GOVERNMENT'S SENTENCING HEARING EXHIBIT LIST

| No. | Description | Admit/ID |
|---|---|---|
| | **Sentencing Hearing Exhibits** | MAY 3   2012 |
| SH 1 | Spreadsheet of 956 sound recording items (Government's Sentencing Memorandum Attachment D) | Yockelson MAY 3   2012 |
| SH 2 | Spreadsheet of 2,117 sound recording items (Government's Sentencing Memorandum Attachment F) | Yockelson MAY 3   2012 |
| SH 3 | Spreadsheet of 1,051 sound recording items (Government's Sentencing Memorandum Attachment G) | Yockelson MAY 3   2012 |
| SH 4 | eBay Printout, "Jack Webb Early Radio Transcription Disc" (seller: hi-fi gal) | Yockelson MAY 3   2012 |
| SH 5 | Recording, "NBC Historic War Speeches: "Madame Chiang Kai-shek's Address Before Congress" | Rooney MAY 3   2012 |
| SH 6 | Finding Aid, NARA 200 ABC 8652 | Rooney MAY 3   2012 |
| SH 7 | Recording, NARA 200 ABC8652 | Rooney MAY 3   2012 |
| SH 8 | Photo, Basement, Waffen Residence | Yockelson MAY 3   2012 |
| SH 9 | Photo, Shelf and Recordings, Waffen Residence | Yockelson MAY 3   2012 |
| SH 10 | Photo, NARA Printouts and Boxes, Waffen Residence | Yockelson MAY 3   2012 |
| SH 11a | Photo, Shelf and Recordings, Archives II, NARA | Yockelson MAY 3   2012 |
| SH 11b | Photo, Shelf and Recordings, Archives II, NARA | Yockelson MAY 3   2012 |

# UNITED STATES OF AMERICA

vs.

## LESLIE CHARLES WAFFEN

**Criminal No. PJM-11-0534**                     **Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| **SH12** | **05/03/2012** | **05/03/2012** | **Appraisal Narrative** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)